388 P.3d 900

STATE of Hawai'i, Plaintiff–Appellee,

v.

Darwin RAMIREZ, Defendant–Appellant

NO. CAAP–15–0000657

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i,
September 30, 2016.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT (CR. NO. 98–0–2266)

SUMMARY DISPOSITION ORDER

Affirm.

■

388 P.3d 900

STATE of Hawai'i, Plaintiff–Appellee,

v.

Bomben–Glen BALLESTEROS,
Defendant–Appellant

NO. CAAP–16–0000031

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i,
September 30, 2016.

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT (Ewa Division) (CASE NO. 1DTA–15–01301)

SUMMARY DISPOSITION ORDER

Affirm.

■

388 P.3d 900

In the MATTER OF the Arbitration Between HAWAII STATE TEACHERS ASSOCIATION, Union–Appellant, and State of Hawai'i, Department of Education, Employer–Appellee, (Grievance of Kathleen Morita) (2008–045)

NOS. CAAP–11–0000065 and
CAAP–11–0000140

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i,
September 30, 2016.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT (S.P. NO. 10–1–0165 (GWBC))

MEMORANDUM OPINION

Remanded.